

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 4, 2022

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Joyner, et al.*, 21 Cr. 673 (ALC)

Dear Judge Carter:

      As the Court is aware, the above-captioned case has been assigned to this Court, and the initial pretrial conference was scheduled for March 8, 2022 at 2:00 p.m. Due to the COVID-19 pandemic and its resulting limitations on the production of detained defendants for court appearances, the parties understand from the Court that the conference will need to be adjourned to May 3, 2022. As such, the Government respectfully requests that the pretrial conference be adjourned to May 3, at a time convenient for the Court. The Government has conferred with counsel for each of the defendants and confirmed that all such parties, except for defendant Donnell Murray,[1] consent to the adjournment of the pretrial conference.

      The Government also respectfully requests that the Court exclude time between March 8, 2022, and May 3, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting such exclusion outweigh the best interest of the public and the defendants in a speedy trial, for the following reasons. First, the exclusion will provide time for the Government to continue making substantial rolling productions of discoverable material pursuant to the protective order entered by the Court on December 27, 2021, which the defendants will need time to review. Second, the exclusion will permit the parties to discuss a possible pretrial resolution of this case. Third, the exclusion is warranted in light of the COVID-19 pandemic and its resulting limitations on the ability to timely produce in-custody defendants for court conferences. Counsel for each defendant, except for defendant Donnell Murray, has consented to this request on behalf of their respective clients.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney
      Southern District of New York

By: *(signature)*
      Aline R. Flodr / Jonathan E. Rebold
      Daniel H. Wolf
      Assistant United States Attorneys
      Tel: (212) 637-1110 / 2512 / 2337

cc: Counsel of Record, Esq.

---

[1] Mr. Brill indicated that his client does not consent to the adjournment or the exclusion of time.