# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

July 6, 2022

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York , NY 10007

        Re: *United States v Anthony Ellison,* 21 Cr. 673 (ALC)

Your Honor:

        I represent Anthony Ellison in the referenced case and am submitting this letter to request permission to file interim vouchers. There are a number of reasons for this request.

        First, I have represented Mr. Ellison Abellard and been working on his case for approximately eight months. Second, a resolution of this case does not appear to be imminent. In addition, because I am a sole practitioner, it will be a hardship to delay submitting vouchers until the conclusion of this case.

        Accordingly, I ask the Court to grant me permission to file interim vouchers.

        Respectfully submitted,

        /s/
        James E. Neuman