

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.375.2117   c 917.238.9332

**BY ECF**

July 27, 2022

Hon. Andrew L. Carter Jr.
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE: *United States v. Perry Joyner et al.*, 21 Cr. 673 (ALC)

Dear Judge Carter,

    I represent Mario Feliciano in the above-referenced matter. I respectfully write on behalf and with the consent of all Defense Counsel and remaining defendants to jointly request that the current motion schedule be adjourned for sixty (60) days. Defense motions are currently due by August 3, 2022, Government responses are due by 8/24/2022, and Defense replies are due by 9/7/2022. Defense Counsel and remaining defendants are jointly requesting and proposing that instead of the current motion schedule, Defense motions should be due by October 3, 2022, Government responses should be due by October 26, 2022, and Defense replies should be due by November 2, 2022. We would also request that in light of the newly proposed motion schedule that the October 6, 2022 status conference be rescheduled to a date and time convenient for the Court. We respectfully make this request for the following reasons:

1. At our last appearance on May 3, 2022, the Government represented to the Court that although documents designated as "Attorneys' Eyes Only" ("AEO") could not be shown to our clients, Defense Counsel may share the information contained therein with our clients with the limitation that counsel was not permitted to share the names of the individuals identified in such documents with the defendants. After the May 3, 2022 status conference, the Government and Defense Counsel conferred and confirmed that counsel may share the information contained in AEO documents, other than the identity of witnesses, with the defendants. The Government further stated that it would redact and replace with pseudonyms the names and identifying information of witnesses in AEO documents and provide a key for tracking witnesses consistently throughout the Government's productions. It was understood that those redacted versions of the AEO material and the key for tracking witnesses would be produced to Defense Counsel. As of the date of this letter, Defense Counsel has not received the redacted production of the AEO material nor the key for tracking witnesses.

2. Last week, the Government informed Defense Counsel that it would be filing additional Rule 16 discovery in this case this week. After consulting with the Government, Defense Counsel was informed that the additional Rule 16 Discovery would consist of materials concerning



**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.375.2117   c 917.238.9332

Metropolitan Correctional Center ("MCC") incidents involving other uncharged inmates and/or correctional officers and some material that may be admissible pursuant to Federal Rules of Evidence ("FRE") 404(b) for certain of the charged MCC inmates. The additional Rule 16 discovery will also include surveillance videos, the full email inboxes of several Bureau of Prisons ("BOP") employees, relevant MCC policies, and photobook sets that the Government has shown to witnesses in this case. The Government also explained that the anticipated production would be in excess of 100 gigabytes. As of the date of this letter, we have not yet received the additional Rule 16 discovery described above.

Considering the anticipated discovery productions outlined above and time needed for Defense Counsel to review such discovery independently and with our clients, Defense Counsel is jointly requesting that the motion schedule and the status conference be adjourned to the above proposed motion schedule.

We have conferred with the Government regarding the requested adjournment and the proposed motion schedule. The Government consents to the Defense's requests.

Respectfully submitted,

_____
Esere J. Onaodowan, Esq.
Attorney for Mario Feliciano

cc: All counsel of record (via ECF)