UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-12-23_

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                          Plaintiff,

   -against-

ANTHONY ELLISON and STARLIN NUNEZ,

                        Defendant.

21-CR-673 (ALC)

**AMENDED ORDER**

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Status Conference is set for **October 19, 2023** at **10:30 a.m.**

SO ORDERED.

Dated:    New York, New York
            October 12, 2023

                                                   _/s/ Andrew L. Carter, Jr._
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**