USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-25-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                           **ORDER**
                                           21-CR-673 (ALC)

       -against-

**Anthony Ellison** and **Starlin Nunez**,

                    Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The Final Pre-Trial Conference set for November 8, 2023 is adjourned to **November 15, 2023** at **2:00 p.m.** Jury Selection and Jury Trial set for November 13, 2023 are adjourned to **November 27, 2023** at **10:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
         October 25, 2023

                                           **ANDREW L. CARTER, JR.**
                                           **UNITED STATES DISTRICT JUDGE**