UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES,

        -against-                                  21-cr-673 (ALC)

ANTHONY ELLISON, and STARLIN NUNEZ,       **ORDER**

                       Defendants.

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

        The deadline for the parties to file motions in limine was November 1, 2023. To date, the parties have not filed motions, nor have they sought extensions. The parties are ORDERED to file a joint status regarding their intent to file motions in limine by **November 3, 2023**.

**SO ORDERED.**

**Dated:    November 2, 2023**
             **New York, New York**                      **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**