UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES,

    -against-                                21-cr-673 (ALC)

ANTHONY ELLISON, and STARLIN NUNEZ,       **AMENDED ORDER**

                 **Defendants.**

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

        The deadline for the parties to file motions in limine was November 1, 2023. The Court is in receipt of the government's motions. To date, Defendants have not filed motions, nor have they sought extensions. Defendants are ORDERED to file their motions in limine, if any, by **November 3, 2023**.

**SO ORDERED.**

**Dated:**     **November 3, 2023**
              **New York, New York**             **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**