UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

      -against-                                        21-cr-673 (ALC)

ANTHONY ELLISON, and STARLIN NUNEZ,        **ORDER**

                      Defendants.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

Counsel for the government and Defendants are ORDERED to submit a joint status report confirming that there are no issues with counsel potentially being called as a witness during or before trial. The parties should file a separate joint status report for each Defendant by **November 9, 2023**.

**SO ORDERED.**

**Dated:**     **November 6, 2023**
              **New York, New York**           **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**