UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

        -against-                                         21-cr-673 (ALC)

ANTHONY ELLISON, and STARLIN NUNEZ,        **ORDER**

                             **Defendants.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Defendant Starlin Nunez's letter, ECF No. 300, seeking permission to retain Renee Foggia as a legal assistant/paralegal to assist in trial preparations. Defendant's request is GRANTED.

**SO ORDERED.**

**Dated:**    **November 13, 2023**
                **New York, New York**                **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**