**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**                      :
                                                 :
                                                 :
      -against-                          :      **21-cr-673 (ALC)**
                                                 :
**ANTHONY ELLISON, and STARLIN NUNEZ,**            :      **ORDER**
                                                 :
             **Defendants.**        :
                                                 :
                                                 :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

On November 9, 2023, the Court granted counsel for Starlin Nunez a brief extension to respond to the government's motions in limine by November 10, 2023. ECF No. 313. To date, Defendant has not filed his response. Defendant is ORDERED to file his response **by November 13, 2023**.

**SO ORDERED.**

**Dated:**      **November 13, 2023**
                **New York, New York**        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**