UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

       -against-                                  21-cr-673 (ALC)

ANTHONY ELLISON, and STARLIN NUNEZ,      **ORDER**

                            Defendants.

------------------------------------------------------------------ x
**ANDREW L. CARTER, JR., District Judge:**

As stated during the arraignment on October 19, 2023, the final pretrial conference is scheduled for **November 15 at 2:00pm**.

**SO ORDERED.**

Dated:     **November 14, 2023**
               **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**