UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :

                                               :   **ORDER**

   - against -

                                               :   21 Cr 673 (ALC)

ANTHONY ELLISON                     :
                                               :
       Defendant.
------------------------------------X

ANDREW L. CARTER, U.S.D.J.

Upon the application of James E. Neuman, counsel for ANTHONY ELLISON, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the Metropolitan Detention Center allow the following clothing be admitted for Anthony Ellison, Inmate ID #86282-054, for his upcoming trial:

1. 3 Slacks
2. 2 Suit jackets or blazers
3. 3 Shirts
4. 3 Ties
5. 4 Pairs of Socks
6. 2 Pair of Shoes
7. 1 pull-over sweater

Dated: New York, New York
      November 22, 2023

S O  O R D E R E D:

*Andrew T Carter*
_____
HON. ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE