| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 11-29-23 |

UNITED STATES OF AMERICA,

-against-

ANTHONY ELLISON and STARLIN NUNEZ,

21-CR-673 (ALC)

<u>ORDER</u>

ANDREW L. CARTER, JR., District Judge:

    IT IS HEREBY ORDERED, that the jurors empaneled and sworn in the above entitled case, are permitted to retain their cellphones.

SO ORDERED.

Dated:    New York, New York
            November 29, 2023

_____
ANDREW L. CARTER, JR.
United States District Judge