UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| -against- | : | 21-cr-673 (ALC) |
| | : | |
| ANTHONY ELLISON, and STARLIN NUNEZ, | : | **ORDER** |
| Defendants. | : | |

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The trial will resume at 9:30 a.m. on Wednesday, January 3, 2024. The parties should report to the courtroom at 9:15 a.m.

**SO ORDERED.**

Dated:   **December 22, 2023**
　　　　 **New York, New York**　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**