UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————x

UNITED STATES OF AMERICA,

                                      Docket No.: S2 21 Cr. 673 (ALC)

v.

ANTHONY ELLISON and
STARLIN NUNEZ,                             ORDER
       Defendants.
———————————————————————————x

       Upon the application of Jacqueline E. Cistaro, Esq., and Thomas F.X. Dunn, Esq., attorneys for Starlin Nunez,

       **IT IS HEREBY ORDERED** the New York Police Department (NYPD) and United States Marshals Service (USMS) permit counsel and their paralegal, Renee Foggia, to enter Pearl Street with their vehicle, 2021 BMW Wagon X3, Registration No. D16SMC, and temporarily park outside the side entrance 40 Foley Square in order to retrieve and remove trial boxes from the courthouse.

Date:  January 5, 2024

                            SO ORDERED:_____
                                          The Honorable Andrew L. Carter
                                          United States District Judge