UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

       -against-　　　　　　　　　　　　　　21-cr-673 (ALC)

ANTHONY ELLISON, and STARLIN NUNEZ,　　　**ORDER**

                             **Defendants.**

------------------------------------------------------------------ x
**ANDREW L. CARTER, JR., District Judge:**

The Court's correspondence with the parties dated December 16 – 21, 2023 regarding the scheduling of the trial is attached as Exhibits A-C.

**SO ORDERED.**

**Dated:**　**January 8, 2024**
　　　　　**New York, New York**　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**