**MEMO ENDORSED**

**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
———
TEL 212-966-:5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/6/24
```

June 5, 2024

BY ECF
Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v Ellison and Nunez,* 21 Cr. 673 (ALC)

Your Honor:

On behalf of the defendant Anthony Ellison, we write to request that the sentencing, currently scheduled for July 9, 2024, be postponed until sometime in September (or a date thereafter that is convenient for the Court), with the following exceptions: we ask that the sentencing not be scheduled: during the first week of September, anytime on September 17, or during the afternoons of September 16 and 19.

The reason for this request is that Mr. Greenfield and I are both starting a trial expected to last two weeks on June 10th, and that will make it very difficult to meet with Mr. Ellison and prepare his sentencing memorandum according to the current schedule. In addition, both defense counsel and counsel for the government have various family plans during August.

The government consents to this application.

Respectfully submitted,

/s/
James E. Neuman
David S. Greenfiel

The application is **GRANTED**. The sentencing is adjourned to 9/10/24 at 2:00 p.m.
So Ordered.

*/s/ Andrew L. Carter*
6/6/24