```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-24-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

  - v. -                                                              21-CR-00673 (ALC)

                                                                      **ORDER**

ANTHONY ELLISON,

                          Defendant.

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

Today's sentencing hearing is adjourned without a date. A status conference is set for October 29, 2024, at 3:30 p.m.

SO ORDERED.

Dated:     New York, New York
           October 24, 2024

                                         _____
                                              ANDREW L. CARTER, JR.
                                              United States District Judge