5

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-20-24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
-against-                           :                **ORDER**
:
ANTHONY ELLISON                     :           21CR673 (ALC)
:                 Docket #
:
------------------------------------x


Honorable Andrew L. Carter, Jr.
_____, **DISTRICT JUDGE**:
         Judge's Name

The C.J.A. attorney assigned to this case

James E. Neuman and David S. Greenfield  is hereby ordered substituted
_____
         Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Meredith Stacy Heller
                     _____, NUNC-PRO-TUNC _____,
                              Attorney's Name


                                        SO ORDERED.

                                        /s/ Andrew L. Carter
                                        _____
                                        **UNITED STATES DISTRICT JUDGE**


Dated:   **New York, New York**
         November 20, 2024