USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-8-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

        - v. -                                              21-CR-00673 (ALC)

                                                        **ORDER**

ANTHONY ELLISON,

                              Defendant.

-------------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

      Due to a conflict on the Court's calendar, the status conference set for October 24, 2024, is adjourned to **October 29, 2024**, at **3:30 p.m.**

SO ORDERED.

Dated:        New York, New York
                October 8, 2024

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**