```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-14-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

         - v. -                                               21-CR-00673(ALC)

**ORDER**

ANTHONY ELLISON,

                      **Defendant.**

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Sentencing set for February 26, 2025, is rescheduled to **March 6, 2025,** at **2:00 p.m.**

SO ORDERED.

Dated:      New York, New York
               February 13, 2025

                                                                 **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**