**MEMO ENDORSED**

**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/21/25
```

February 20, 2025

**VIA ECF**
Honorable Andrew L. Carter, Jr.
Chief United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   *United States v. Anthony Ellison,*
       21-cr-673 (ALC)

Dear Judge Carter:

    This status update is submitted on behalf of my client Anthony Ellison. Having reviewed the transcripts I realized that the transcripts for the last three days of trial were not on the docket. I only received the missing transcripts this afternoon. After discussion with my client, it is respectfully requested that the sentencing, currently scheduled for March 6, 2025, be adjourned for two weeks, until March 20, 2025.

    The government, through A.U.S.A. Jonathan Rebold, does not object to this adjournment on the understanding that this will be the final adjournment request and no further extensions will be sought.

Respectfully submitted,

*/s/ Meredith Heller*
Meredith S. Heller

Cc:   A.U.S.A. Jonathan E. Rebold (via ECF)
       A.U.S.A. Jessica Greenwood (via ECF)

The application is **GRANTED**. The sentencing is adjourned to 3/20/25 at 2:00 p.m.
So Ordered.

*/s/ Andrew L. Carter, Jr.*
2/21/25