UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          **Plaintiff,**

  -against-                              21-CR-00673 (ALC)

                                                             **ORDER**

ANTHONY ELLISON,

          **Defendant.**

---

**ANDREW L. CARTER JR., United States District Judge:**

    Defense counsel submitted a status report on April 18, 2025 (ECF No. 458). In the report, counsel raised new objections to the presentence report ("PSR") and indicated that Defendant, Mr. Ellison, has not yet decided whether he wishes to continue with counsel or proceed pro se. Defense counsel is directed to file another status report by May 9, 2025. In this report, Defense counsel should confirm whether the legal challenges regarding the PSR are made by, or adopted by, counsel. Defense Counsel should also provide an update regarding Mr. Ellison's decision to move forward with counsel or proceed pro se.

    In light of the above, the sentencing previously scheduled for April 24, 2025, is **ADJOURNED** to May 29, 2025, at 4 p.m. in Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Dated:** April 21, 2025
          **New York, NY**

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**