USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-29-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA,  :
:
:
 - v. -  :  21-CR-00673(ALC)
:
:  **ORDER**
:
ANTHONY ELLISON,  :
:
Defendant.  :
:
------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

Today's Sentencing is ADJOURNED to **June 10, 2025, at 4:00 p.m.**

SO ORDERED.

Dated:   New York, New York
         May 29, 2025

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**